USDC SCAN INDEX SHEET











USA

BURR

ACR
3:95-CR-01876
*73*
*CRO.*

FILED
MAY 22 1996
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. RUDI M. BREWSTER)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 95-1876-B |
| Plaintiff, ) | |
| v. ) | ORDER |
| JUDY BURR et al., ) | |
| Defendant. ) | |

Good cause having been shown, IT IS HEREBY ORDERED that the motions hearing currently scheduled in this case for Monday, May 20, 1996, at 2 p.m. be continued to Monday, July 1, 1996, at 2 p.m.

SO ORDERED.

Dated: MAY 20 1996

HONORABLE RUDI M. BREWSTER
UNITED STATES DISTRICT JUDGE

73