USDC SCAN INDEX SHEET







USA

BURR

TB
3:95-CR-01876
*80*
*CRO.*

FILED
JUL 23 1996
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY *Bancroft*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of )
Substitution of Counsel, )
                            )
                            )   **ORDER**
GRETCHEN C. von HELMS, )
                            )   95cr1876
                            )
_____ )

    **IT IS HEREBY ORDERED** that Gretchen C. von Helms, 105 West "F" Street, Third Floor, San Diego, California 92101-6036, be substituted as appointed counsel in the stead of and following her departure from Federal Defenders of San Diego, Inc., in the attached list of cases, effective after July 18, 1996.

    **SO ORDERED.**

DATE: 7/19/96

HON. JUDITH N. KEEP
Chief Judge

80

## CASES TRANSFERRED FROM FEDERAL DEFENDERS OF SAN DIEGO, INC.
## TO GRETCHEN C. von HELMS, ESQ.
## AS OF JULY 18, 1996

| CASE NAME AND CRIM. NO. | NEXT COURT DATE - FOR |
|---|---|
| United States v. Jesus Gonzales-Marquez<br>CR 96-1181-MLH | September 16, 1996 for<br>Sentencing before the<br>Hon. Marilyn L. Huff |
| United States v. Rodolfo Vizcarra-Ayala<br>CR 96-0617-WBE | September 9, 1996 for<br>Sentencing before the<br>Hon. William B. Enright |
| United States v. Martin Lopez Castro<br>CR 96-0757-WBE | June 11, 1996 for<br>Sentencing before the<br>Hon. William B. Enright |
| United States v. Robert Campbell<br>CR 95-0756-JSR | August 12, 1996 for<br>Motions before the<br>Hon. John S. Rhoades |
| United States v. Greg Halpern<br>CR 95-1876-RMB | September 9, 1996 for<br>Motions before the<br>Hon. Rudi M. Brewster |
| United States v. Nick Montano<br>CR 96-0886-BTM | October 7, 1996 for<br>Sentencing before the<br>Hon. Barry T. Moskowitz |
| United States v. Francisco Javier Chavez, Jr.<br>CR 96-0878-NAJ | August 12, 1996 for<br>Motions before the<br>Hon. Napoleon A. Jones |
| United States v. Rosalinda Luna-Davila<br>CR 96-1243M | July 25, 1996 for<br>Preliminary Exam. before the<br>Hon. Anthony J. Battaglia |
| United States v. John Klarich<br>CR 95-1808-IEG | August 5, 1996 for<br>Sentencing before the<br>Hon. Irma E. Gonzalez |

1

| | |
|---|---|
| United States v. Alejandro Beltran-Monjes<br>CR 96-0294M | July 25, 1996 for<br>Preliminary Examination before the<br>Hon. Roger C. McKee |
| United States v. Martin Romero Ramirez<br>CR 96-8395M | August 15, 1996 for<br>Preliminary Examination before the<br>Hon. Louisa S. Porter |
| United States v. Janelle Angulo<br>CR 96-1256-NAJ | September 3, 1996 for<br>Motions before the<br>Hon. Napoleon A. Jones |
| United States v. Jack Lloyd Wohlford<br>CR 96-8254M | August 1, 1996 for<br>OSC Hearing before the<br>Hon. Louisa S. Porter |
| United States v. Damal Ammatullah<br>CR 96-0704-NAJ | August 5, 1996 for<br>Motions before the<br>Hon. Napoleon A. Jones |
| United States v. Juan Ornelas-Lopez<br>CR 96-0712-BTM | August 7, 1996 for<br>Sentencing before the<br>Hon. Barry T. Moskowitz |
| United States v. Rebecca Garcia<br>CR 96-0826M | August 8, 1996 for<br>Preliminary Exam. before the<br>Hon. Ruben B. Brooks |
| United States v. Michael Lee Phillips<br>CR 96-1183M | August 8, 1996 for<br>Preliminary Exam before the<br>Hon. Louisa S. Porter |
| United States v. Eddie Estevan Galindo<br>CR 96-8302M | August 8, 1996 for<br>Sentencing before the<br>Hon. Leo S. Papas |
| United States v. Daniel Aguirre-De La Rosa<br>CR 96-8044M | August 8, 1996 for<br>Preliminary Exam before the<br>Hon. Louisa S. Porter |

| | |
|---|---|
| United States v. Maria Banda-Fuentes<br>CR 96-1250-BTM | August 5, 1996 for<br>Motions before the<br>Hon. Barry T. Moskowitz |
| United States v. Bruno Meza-Lopez<br>CR 96-8218M | July 25, 1996 for<br>Preliminary Exam before the<br>Hon. Roger C. McKee |
| United States v. Juan Lopez-Estrada<br>CR 96-1251M | August 29, 1996 for<br>Preliminary Exam before the<br>Hon. Anthony J. Battaglia |
| United States v. Arturo Rocha-Guerra<br>CR 96-1263M | July 23, 1996 for<br>Preliminary Examination before the<br>Hon. Anthony J. Battaglia |
| United States v. William John Siebrand<br>CR 95-0120-NAJ | August 12, 1996 for<br>Status Hearing before the<br>Hon. Napoleon A. Jones |
| United States v. Frank Ruopoli<br>CR 96-0759-IEG | August 12, 1996 for<br>Motions before the<br>Hon. Irma E. Gonzalez |
| United States v. Jesus Vasquez-Ortiz<br>CR 96-0873-BTM | August 5, 1996 for<br>Motions before the<br>Hon. Barry T. Moskowitz |
| United States v. Tomas Nunez-Guzman<br>CR 96-0877-MLH | August 5, 199 for<br>Motions before the<br>Hon. Marilyn L. Huff |
| United States v. Diego Martinez-Ocampo<br>CR 96-8111M | August 26, 1996 for<br>Disposition before the<br>Hon. Marilyn L. Huff |
| United States v. Salvador Mercado<br>CR 96-0854M | July 25, 1996 for<br>Hearing before the<br>Hon. Roger C. McKee |
| United States v. Marco Antonio Garcia-Huerta<br>CR 96-0571-GT | July 29, 1996 for<br>Sentencing Hearing before the<br>Hon. Gordon Thompson, Jr. |

3

United State v. Fernando Marquez-Lopez
CR 96-1212-MLH

August 26, 1996 for
Motions before the
Marilyn L. Huff

United State v. Adriana De Avilez Dorame
CR 96-8304M

July 25, 1996 for
Preliminary Examination before the
Hon. Leo S. Papas

United States v. Zacarias Higuera-Cervantes
CR 96-8285M

August 8, 1996 for
Preliminary Examination before the
Hon. Ruben B. Brooks

United States v. Robert Luis Burke, Jr.
CR 96-0946-NAJ

July 31, 1996 for
Misdemeanor Disposition before the
Hon. Louisa S. Porter

United States v. Becerra-Guel
CR 96-0666M

July 25, 1996 for
Preliminary Examination before the
Hon. Leo S. Papas

United States v. Carlos Soto-Garcia
CR96-0705M

August 1, 1996 for
Status Hearing before the
Hon. Leo S. Papas

United States v. Alberto Flores-De Anda
CR 96-8415M

August 15, 1996 for
Preliminary Examination before the
Hon. Anthony J. Battaglia

United States v. Peter Francis Del Duca
CR 90-1029-HBT

September 16, 1996 for
OSC Hearing before the
Hon. Howard B. Turrentine

United States v. Maria De Los Angeles Beltran-Vizcarra
CR 93-1696-HBT

November 4, 1996 for
Rule 35 before the
Hon. Howard B. Turrentine

United States v. Michael Gary Haynes
CR 96-1215-BTM

September 30, 1996 for
Sentencing before the
Hon. Barry T. Moskowitz

United States v. Jason Michael Roach
CR 92-0809-GT

October 22, 1996 for
OSC Hearing before the
Hon. Louisa S. Porter

4

United States v. Carlos Antonio Molina  
CR 96-1289M

July 25, 1996 for  
Preliminary Examination before the  
Hon. Ruben B. Brooks

United States v. Manuel Antonio Ramirez-Llantada  
CR 96-8428M

July 23, 1996 for  
Preliminary Examination before the  
Hon. Ruben B. Brooks

United States v. Manuel Rios-Cabrera  
CR 96-1290M

July 25, 1996 for  
Preliminary Examination before the  
Hon. Ruben B. Brooks

United States v. Paul Richard Heffernan  
CR 95-2058-IEG

October 21, 1996 for  
Sentencing before the  
Hon. Irma E. Gonzalez

United States v. Kirk Roman Jedry  
CR 93-0742-IEG

August 5, 1996 for  
Sentencing before the  
Hon. Irma E. Gonzalez

United States v. Lanette Michelle Bashore  
CR 95-1537-H

August 26, 1996 for  
Motions before the  
Hon. Marilyn L. Huff

United States v. Juan Pedro Valenzuela-Herrera  
CR 90-0963-IEG

July 22, 1996 for  
OSC Hearing before the  
Hon. Marilyn L. Huff

United States v. Gustavo Angulo Rubio  
CR 95-0382-IEG

August 5, 1996 for  
Sentencing before the  
Hon. Irma E. Gonzalez

United States v. David Daniel Rees  
CR 96-0021-MLH

August 5, 1996 for  
Motions before the  
Hon. Marilyn L. Huff

United States v. Robert F. Bolduc  
CR 96-1297M

July 30, 1996 for  
Preliminary Examination before the  
Hon. Ruben B. Brooks

United States v. Abel Carranza-Navarro  
CR 96-1221M

September 3, 1996 for  
Motions before the  
Hon. Rudi M. Brewster

5

United States v. Glennda Lee Laird
    CR 96-8303M

July 23, 1996 for
OSC Hearing before the
Hon. Leo S. Papas

United States v. William S. Milligan
    CR 96-1128-HBT

July 29, 1996 for
Status Hearing before the
Hon. Howard B. Turrentine

United States v. Janie Elizabeth Malone

August 23, 1996 for
Sentencing before the
Hon. Irma E. Gonzalez

United States v. William Dorman Meyer, Jr.

August 5, 1996 for
Sentencing before the
Hon. Rudi M. Brewster

United States v. Carlos Dominguez-Maroyoqui
    CR 96-1303M

July 30, 1996 for
Preliminary Examination before the
Hon. Ruben B. Brooks

United States v. Concepcion Ojeda
    CR 89-0598-JSR

July 22, 1996 for
OSC Hearing before the
Hon. John S. Rhoades

United States v. Julio Maldonado-Viera
    CR 95-0149-MLH

July 22, 1996 for
OSC Hearing before the
Hon. Marilyn L. Huff

6