USDC SCAN INDEX SHEET



USA

BURR

TB
3:95-CR-01876
*89*
*CRMDFT.*

GRETCHEN C. von HELMS, ESQ.
Attorney at Law
California Bar No. 156518
The Senator Building
105 West F Street - Suite 308
San Diego, California 92101
Telephone: (619) 239-1199

Attorney for Defendant **Halpern**



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. RUDI M. BREWSTER)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 95-1876-RMB |
| Plaintiff, ) | Date: September 9, 1996 |
| ) | Time: 2:00 p.m. |
| v. ) | |
| ) | NOTICE OF MOTIONS AND MOTIONS: |
| **GREG HALPERN**, ) | 1) TO COMPEL DISCOVERY; |
| ) | 2) FOR LEAVE TO FILE FURTHER MOTIONS |
| Defendant. ) | 3) MOTION TO JOIN CO-DEFENDANTS' MOTIONS |

TO: **ALAN D. BERSIN**, UNITED STATES ATTORNEY; and
**JULIA K. CRAIG**, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on Monday, September 9, 1996 at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant, Greg Halpern, by and through his counsel, Gretchen C. von Helms, will ask this Court to enter an order granting the motions listed above.

/ / /

/ / /

/ / /

89

## MOTIONS

Greg Halpern, the defendant in this case, by and through his attorney, Gretchen C. von Helms, pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, Fed. R. Crim. P. 12, 16, and 26 and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) To compel discovery;

2) For leave to file further motions; and

3) Motion to Join all co-defendants' motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: August 26, 1996      GRETCHEN C. von HELMS

Attorney for Defendant
**Greg Halpern**