USDC SCAN INDEX SHEET



USA

BURR

ACR

3:95-CR-01876

*120*

*CRMO.*

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs Greg Halpern (4) ( ) No. 95-1876 B

( ) ( ) ( )

X Present __ In custody X On bond __ O/R __ Probation __ N/A

HON. RUDI M. BREWSTER Ctrm Dep D. Harris Rptr PATRICIA LOPEZ

Asst. U.S. Attorney Julia Kelety

Attorney Gretchen Von Helms for (4) X Apt __ Ret

for ( ) __ Apt __ Ret

for ( ) __ Apt __ Ret

for ( ) __ Apt __ Ret

for ( ) __ Apt __ Ret

Apt for Mat Wits

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

__ Bail review __ Affirmed __ Set at/Reduced to __________

__________ __ Cont to __________

__ Deft N/A, on oral mot US Atty bond forf & B/W issue __ Bail __________

__ B/W withdrawn - Issd abs to Mars __ forf set aside __ Bond reinstated

__ Waiver of Ind fld __ Superseding __ Ind __ Info fld __ Cert re J/D fld

__ Deft states T/N to be __________

__ Arr & Plea (SI) X Ch Plea (SI) 1 Guilty Cts ______ __ Not Guilty Cts ______

__ Tendered Cts ______ __ Nolo contendre Cts ______ __ Admit Juv Delqcy Cts ______

__ Deny Juv Delqcy Cts ______ __ Waives P/S Rept (See form M/O-2 for sent)

X Ref P/O for PSI & sent set for __________ __ Selective rept ord

__ Trial set/reset to 3-17-97 8:30 __ Fld jury wvr __ Cont to __________

__ for hrg mots & __ jury trial settg __ ruling on mots __ for dispos __ for sent

__ Prob rept ord sealed __ Prob rept unsealed & considered by Ct (see form M/O-2)

__ Rev Probation __ Admit __ Deny __ Ct find deft __ in viol __ not in viol

__ Prob __ revoked (see form M/O-2 for sent) __ terminated __ reinstated on prob

__ Contd on prob __ hrg cont to __________ __ supp PSI ord __ Issd abs to mars

__ Atty __________ relieved __ Ord mat wits rel & bonds exon upon surr

__ On oral mot US Atty __ underlying __ super __ Ind __ Info __ Rmg cts dismissed

__ Bond exon __ Deft surr, remanded, bond exon __ Fld Judgment of discharge

__ Surr & bond exon cont to __________ __ Issd abs to Mars

X Other Fld plea Agreement - withdraw pend mots - vacate any other dates

Date 12/17/96 INITIALS DH Deputy

Form M/O-1
REV- 6-82

120 NR