USDC SCAN INDEX SHEET









USA

BURR

ACR    8/25/97    15:55
3:95-CR-01876
*298*
*CRSTIPO.*

```
 1  ALAN D. BERSIN
    United States Attorney
 2  JULIA CRAIG KELETY
    Assistant U.S. Attorney
 3  California State Bar No. 147398
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-6243

 6  Attorneys for Plaintiff
    United States of America
 7
 8
 9
                    UNITED STATES DISTRICT COURT
10
                  SOUTHERN DISTRICT OF CALIFORNIA
11
    UNITED STATES OF AMERICA,  )  Criminal Case No. 95-1876-B
12                             )
              Plaintiff,       )
13                             )
          v.                   )
14                             )  STIPULATION RE:
    JUDITH L. BURR (1),        )  CONTINUING SENTENCING
15                             )  HEARING AND ORDER
              Defendant.       )  THEREON
16                             )
    _____)
17
18
19
20      IT IS HEREBY STIPULATED between the plaintiff, UNITED STATES
21  OF AMERICA, through its counsel, Alan D. Bersin, United States
22  Attorney, and Julia Craig Kelety, Assistant United States
23  Attorney, and defendant, JUDITH L. BURR, with the advice and
24  consent of Karen Winckler, Esq., Wright, Judd & Winckler, counsel
25  //
26  //
    //
    //
```

FILED
AUG 25 1997
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

for defendant, that the sentencing hearing previously scheduled for Monday, August 25, 1997 at 8:30 a.m. shall be continued to Wednesday, September 3, 1997 at 8:30 a.m.

DATED: August 19, 1997

DATED August 19, 1997

ALAN D. BERSIN
United States Attorney

JULIA CRAIG KELETY
Assistant U.S. Attorney

DATED 8/19/97

KAREN WINCKLER, ESQ.
Defense Counsel for
Judith L. Burr

BASED UPON THE FOREGOING STIPULATION OF THE PARTIES, and for good cause shown,

IT IS HEREBY ORDERED that the sentencing hearing previously scheduled for Monday, August 25, 1997 at 8:30 a.m. shall be continued to Wednesday, September 3, 1997 at 8:30 a.m.

IT IS FURTHER ORDERED that defendant will file an acknowledgement of the new date.

DATED: August 25, 1997

HON. RUDI M. BREWSTER
U.S. District Judge