USDC SCAN INDEX SHEET











USA

BURR

ACR    9/26/97    11:57
3:95-CR-01876
*343*
*CRJGMCOMI.*

FILED

SEP 24 1997

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                                        DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

vs.

GREG HALPERN (4)

JUDGMENT INCLUDING SENTENCE
UNDER THE SENTENCING REFORM ACT

CRIMINAL CASE NO. 95CR1876-B

THE DEFENDANT:

GRETCHEN VON HELMS
DEFENDANT'S ATTORNEY

__X__ pleaded guilty to count(s) __1 OF THE INDICTMENT__

____ was found guilty on count(s) _____
after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| TITLE & SECTION | NATURE OF OFFENSE | COUNT NUMBER(S) |
|---|---|---|
| 18 USC 371, 1343 | CONSPIRACY TO COMMIT WIRE FRAUD | 1 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

____ The defendant has been found not guilty on count(s) _____ and is discharged as to such count(s).

__X__ __THE REMAINING COUNTS ARE__ dismissed on the motion of the United States.

__X__ It is ordered that the defendant shall pay to the United States a special assessment of $ __50__ which shall be due immediately.

__X__ FINE WAIVED

It is further ordered that the defendant shall notify the United States Attorney for this district within thirty days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid.

ENTERED ON _____   95CR1876

DEFENDANT: GREG HALPERN (4)                                    PAGE 2 TO 3
CASE NUMBER: 95CR1876

**PROBATION**

The defendant is hereby placed on probation for a term <u>of 5 years.</u>

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.

   X    The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)

_____ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have adopted by this court (set forth below). The defendant shall comply with the additional conditions on the attached page (if indicated below).

x THE FIRST 10 MONTHS TO BE SERVED IN HOME CONFINEMENT AS DIRECTED BY THE PROBATION OFFICER

X  NOT POSSESS FIREARMS, EXPLOSIVE DEVICES, OR OTHER DANGEROUS WEAPONS,

X BE PROHIBITED FROM OPENING CHECKING ACCOUNTS OR INCURRING NEW CREDIT CHARGES OR OPENING ADDITIONAL LINES OF CREDIT WITHOUT APPROVAL OF THE PROBATION OFFICER

X PROVIDE COMPLETE DISCLOSURE OF PERSONAL AND BUSINESS FINANCIAL RECORDS TO THE PROBATION OFFICER

X SUBMIT TO A SEARCH OF PERSON, PROPERTY, RESIDENCE, ABODE, OR VEHICLE, AT A REASONABLE TIME AND IN A REASONABLE MANNER, BY THE PROBATION OFFICER;

   REPORT ALL VEHICLES OWNED OR OPERATED, OR IN WHICH YOU HAVE AN INTEREST TO THE PROBATION OFFICER;

___ IF LEAVING THE JURISDICTION NOTIFY THE PROBATION OFFICER

X NOT ENGAGE OR ASSOCIATE IN ANY BUSINESS, CHARITY, OR OTHER ENTERPRISE OF ANY DESCRIPTION WHICH INVOLVES THE SOLICITATION OF FUNDS BY TELEPHONE, UNITED STATES MAIL OR, ANY OTHER MEANS.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation or supervised release pursuant to this Judgment:

1) The defendant shall not commit another federal, state or local crime;
2) The defendant shall not leave the judicial district without the permission of the court or probation officer;
3) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5) The defendant shall support his or her dependents and meet other family responsibilities;
6) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
7) The defendant shall notify the probation officer within seventy-two hours of any change in residence or employment;
8) The defendant shall refrain from excessive use of alcohol and shall not purchase, use, distribute, or administer any narcotic or controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
10) The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
13) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

These conditions are in addition to any other conditions imposed by this Judgment.

DATE OF IMPOSITION OF SENTENCE: SEP 1 9 1997

RUDI M. BREWSTER,
UNITED STATES DISTRICT JUDGE

95CR1876