















```
AXC    8/28/01    11:45
3:95-CR-01876   USA V. BURR
*440*
*CRSTIPO.*
```

GRETCHEN C. von HELMS
ATTORNEY AT LAW
California State Bar No. 156518
105 West "F" Street, Third Floor
San Diego, California 92101-6036
Telephone (619) 239-1199

01 AUG 28 A 10: 32

Attorney for Defendant
Greg Halpern

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Rudi M. Brewster, Judge)

| UNITED STATES OF AMERICA, | Criminal Case No. 95cr1876 |
|---|---|
| Plaintiff, | STIPULATION RE: MODIFICATION OF BOND TRAVEL RESTRICTIONS AND ORDER THEREON |
| v. | |
| GREG HALPERN, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** and agreed by and between defendant GREG HALPERN, by and through his counsel Gretchen C. Von Helms, and the UNITED STATES OF AMERICA, by and through its attorneys, Gregory A. Vega, United States Attorney, and Stephen P. Clark, Assistant United States Attorney, that defendant Greg Halpern's bond travel restrictions be modified allowing him to travel from his home residence in Florida to the State of New York on Wednesday, August 22, 2001 and return from New York on Sunday, August 26, 2001.

Defendant needs to travel to New York for a family reunion. Defendant has complied with all pre-trial conditions.

\ \ \
\ \ \
\ \ \

440

Stipulation Re: Modification of Bond Travel Restrictions and Order Thereon
*U.S.A. v Greg Halpern*, Criminal Case No. 95cr1876

The parties hereby stipulate and agree to the foregoing:

**SO STIPULATED AND AGREED.**

Dated: _____

GRETCHEN C. von HELMS
Attorney for Defendant Greg Halpern

Dated: 8/23/01

UNITED STATES OF AMERICA

STEPHEN P. CLARK
Assistant United States Attorney

# ORDER

IT IS HEREBY ORDERED that, based upon the foregoing stipulation, defendant Greg Halpern, be allowed to travel from his home residence in Florida to the State of New York on Wednesday, August 22, 2001 and return from New York on Sunday, August 26, 2001.

**SO ORDERED.**

Dated: 8-28-01

Honorable RUDI M. BREWSTER
United States District Court Judge

2                                                              95cr1876