AO 442

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

GREG HALPERN

**WARRANT FOR ARREST**

CASE NUMBER: 95-1876-04-B

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  GREG HALPERN
                                     Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[✓] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Pretrial Violation

charging him or her with (brief description of offense)

18 USC 371 CONSPIRACY
18 USC 1343 WIRE FRAUD
18 USC 2 AIDING AND ABETTING

DATE: 12/7/95
ARRESTED BY:
GEORGE W. VENNEMAN
U.S. MARSHAL, S/CA
BY: Rurda Hernandez

In violation of Title  See Above  United States Code, Section(s)

Roberta Westdal                          Clerk of the Court
Name of Issuing Officer                  Title of Issuing Officer

M. MARNER                                11/8/95 AT SAN DIEGO CA
Signature of Deputy                      Date and Location

Bail fixed at $   $75,000 C/CS    by    The Honorable EDWARD J SCHWARTZ
                                         Name of Judicial Officer

Stamps: RECEIVED APR 20 (2009); unsealed 12-7-95; SECRET; Nov 8 1 49 PM '95 CLERK US DIST; DEPUTY U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |